# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00685-CV

**Sergio Pasquale Maggi, M.D. and Sergio Pasquale Maggi, M.D., P.A. d/b/a Austin Plastic Surgery Center, Appellants**

**v.**

**Steven McMillon, individually and as dependent administrator of the estate of Mary Elizabeth McMillon, deceased; and Alexander Rankin McMillon; Jason Ryan McMillon; and Lindsay M. Browne, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-08-001618, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellants' brief was due on December 22, 2008. On January 21, 2009, this Court notified appellants that their brief was overdue and that a failure to file a proper motion for extension of time by February 2, 2009, would result in the dismissal of this appeal for want of prosecution. To date, the appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed: March 5, 2009